SUNG Y. KIM, ESQ. (NY)
JAE YOL KANG, ESQ.
e-mail: sung@kimandkang.net
jae@kimandkang.net

# KIM & KANG
LAW OFFICES

7675 DAGGET STREET, SUITE 350
SAN DIEGO, CALIFORNIA 92111

TELEPHONE: (858) 292-2550
FACSIMILE: (858) 292-2551

September 14, 2009

*Sent via U.S. mail & email: tgilbert@pmlights.com*

Mr. Tim Gilbert
Peterson Mfg. Co
4200 East 135th Street
Grandview, MO 64030

> RE: **Phillips Industries**
> **Patent Infringement Claim of Products**
> **Seller: MaxiSeal Harness Systems, Inc.**

Dear Mr. Gilbert:

Please be advised that our law office represents Hyundai Translead in the above-mentioned matter. All future correspondence should be sent to our office.

Attached you will find a copy of the correspondence from Phillips Industries alleging infringement of a rear 7-way harness from MaxiSeal Harness Systems, Inc. ("MaxiSeal") Phillips Industries have demanded that Hyundai immediate cease purchasing such products and that the existing products be removed.

As you may be aware, MaxiSeal is obligated to indemnify Hyundai Translead from such claims of patent infringement by MaxiSeal.

We request that you immediately respond to the above-mentioned matter in a proper and timely manner to protect the interests of our client. If you fail to act in a proper and timely fashion, we will be forced to respond directly—in such a case, we will seek to recover our costs to defend the matter, including attorneys' fees and costs.

If you have any questions or comments, please do not hesitate to contact our office. Thank you for your cooperation in this matter.

Sincerely yours,

Jae Y. Kang, Esq.

Encl.

**Exhibit B**


Industries

CORPORATE OFFICES

Glenn Harney
Chief Operating Officer
Hyundai Translead
8880 Rio San Diego Drive
#600
San Diego, CA 92108-1640
glennh@translead.com

Via fed ex and email

**Re: Apparent Infringement of Phillips' U.S. Patent No. 6,743,025.**

Dear Mr. Harney,

I am writing to you regarding an unfortunate situation has just been brought to my attention. I recently learned that Hyundai has been purchasing a rear 7-way harness from MaxiSeal Harness Systems, Inc. ("MaxiSeal") that appears to be a copy of a Phillips QCS harness product and to infringe one of Phillips patents. I trust that once you have read this letter, you will agree that this matter needs to be resolved immediately.

The facts and circumstances are these.

A Hyundai representative recently brought to Phillips a report entitled "FEDEX FREIGHT REAR 7-WAY CONNECTION PROBLEM REPORT." A copy is enclosed for your easy reference. The report indicates that Hyundai has been purchasing a MaxiSeal rear 7-way harness that appears (at least from the report) to be a copy of a patented Phillips QCS harness. Hyundai apparently was experiencing problems with the MaxiSeal harness and brought it to Phillips asking for our assistance in resolving the problem.

As is commonly known in the industry, the Phillips QCS harness products are the subject of Phillips' U.S. Patent No. 6,743,025 (copy enclosed). So, I was taken aback to learn that not only had Hyundai bought a competitor's apparently infringing product instead of the patented Phillips product, Hyundai was now turning to Phillips for repairs to that product.

Phillips is a family owned company and we take pride in being innovators. We have a policy of respecting the intellectual property rights of our customers and competitors and, in turn, expect the same of them. A recent press release from Hyundai indicates that Hyundai has applied for three hundred patents regarding just one of its new designs. Based on this and on Hyundai's reputation as an innovator, I would expect that Hyundai, like Phillips, would have a policy of respecting the intellectual property rights of others and insisting that they do the same.

It appears from the report provided to us that the MaxiSeal harness product is a copy of the Phillips product, that it is intended to be used in the same way as the Phillips
12012 BURKE ST., SANTA FE SPRINGS, CALIFORNIA 90670   TEL: 562/781/2121   FAX: 562/781/1166

Case 4:10-cv-00098-SOW   Document 1-3   Filed 02/03/10   Page 2 of 3

product, and that it infringes Phillips' U.S. Patent No. 6,743,025. Hyundai, however, has access to the MaxiSeal harnesses it has purchased from MaxiSeal. If you believe that the MaxiSeal harness product does not infringe the Phillips patent, please send me a sample of that product and an explanation of your noninfringement position so they may be considered.

Otherwise, I would like your immediate assurances that (1) Hyundai will cease buying and using the MaxiSeal harness product or any other harness products that infringe Phillips' U.S. Patent No. 6,743,025; and (2) that Hyundai will remove or cause to be removed all infringing harness systems and replace them with a Phillips QCS harness or some other harness that does not infringe our patent.

I will contact you later this week to discuss this matter.

Very truly yours,

Robert A. Phillips
President & C.E.O.
Phillips Industries

Copy: Mike A. Tomasulo
    Dickstein Shapiro LLP