# PHILLIPS INDUSTRIES

CORPORATE OFFICES

October 8, 2009

Glenn Harney
Chief Operating Officer
Hyundai Translead
8880 Rio San Diego Drive
#600
San Diego, CA 92108-1640
glennh@translead.com

Via Federal Express and email

**Re: Infringement of Phillips' U.S. Patent No. 6,743,025.**

Dear Mr. Harney,

I am writing to you again regarding the rear 7-way harness Hyundai Translead ("Hyundai") has been purchasing from MaxiSeal Harness Systems, Inc. ("MaxiSeal").

As you know, I have tried on several occasions to resolve this matter directly with Hyundai and without the direct involvement of our lawyers or Hyundai's. And so, I was disappointed to receive a letter from MaxiSeal's attorney's directing me not to contact you regarding this matter. Of course, MaxiSeal's attorneys have no right whatsoever to forbid Phillips from proper communications regarding its patent rights, and frankly, I am surprised and offended that they would do so.

From the outset, we have tried to deal with this matter from a business standpoint and without the involvement of the courts. But, since MaxiSeal has now directly involved its attorneys, we had no choice but to do so as well. So, earlier this week, Phillips filed a lawsuit in federal court for patent infringement against MaxiSeal. A copy is enclosed for your easy reference.

With respect to Hyundai's purchase and use of the infringing MaxiSeal harness, you will see that we have not named Hyundai as a defendant and we do not intend to do so. Instead, I hope that Phillips and Hyundai can reach a business resolution of this matter without incurring unnecessary attorneys' fees and in a manner befitting Hyundai's status as a valued customer.

I will try to contact you early next week to see whether we can resolve this matter quickly.

Very truly yours,

*[signature]*

Robert A. Phillips
President & C.E.O.
Phillips Industries

**Exhibit C**

Copy: Mike A. Tomasulo, Dickstein Shapiro LLP

Attachments

12012 BURKE ST., SANTA FE SPRINGS, CALIFORNIA 90670      TEL: 562/761/2121      FAX: 562/781/1166